UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of May, two thousand seventeen.

Ester Kelen, Individually and on behalf of all others similarly situated,

      Plaintiff - Appellant,

v.

Nordstrom, Inc., Nordstrom FSB, DBA Nordstrom Bank,

      Defendants - Appellees.

**ORDER**
Docket No. 16-4275

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court